UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-2071

JOHN DOE,

                Plaintiff,

    -against-

COLORADO SCHOOL OF MINES, COLORADO SCHOOL OF MINES BOARD OF TRUSTEES, PAUL C. JOHNSON, in his official capacity for COLORADO SCHOOL OF MINES, DANIEL FOX, in his official capacity for COLORADO SCHOOL OF MINES, DEREK MORGAN, in his official capacity for COLORADO SCHOOL OF MINES, KARIN RANTA-CURRAN, in her official capacity for COLORADO SCHOOL OF MINES, CAMILLE A. TORRES, in her official capacity for COLORADO SCHOOL OF MINES, KATIE SCHMALZEL, in her official capacity for COLORADO SCHOOL OFMINES, BRENT WALLER in his official capacity for COLORADO SCHOOL OF MINES, REBECCA FLINTOFT in her official capacity for COLORADO SCHOOL OF MINES

                Defendants.
_____

## COMPLAINT COVER SHEET (RESTRICTED)
_____

Plaintiff John Doe, ("Plaintiff") by his attorneys, Nesenoff & Miltenberg, LLP and Kishinevsky & Raykin, will be seeking a Level 1 restriction of his Complaint. Upon acceptance of this filing with the Court, Plaintiff will file his Motion to Restrict Access in accordance with D.C. Colo. L. Civ. R 7.2 and related restricted "John Doe" Complaint.

Dated this 29 day of August 2017.

NESENOFF & MILTENBERG, LLP

*/s/ Andrew T. Miltenberg*
*[e-filing-August 29, 2017]*

_____

Andrew T. Miltenberg, Esq.
Stuart Bernstein, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
tnovack@nmllplaw.com

-and-

KISHINEVSKY & RAYKIN

*/s/ Igor Raykin*
*[e-filing-August 29, 2017]*

_____

Igor Raykin, Esq.
2851 S. Parker Rd., Suite 150
Aurora, CO 80014
Phone: (720) 863-4256
igor@coloradolawteam.com

*Attorneys for Plaintiff John Doe*