IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-2071-RBJ

JOHN DOE,

> Plaintiff,

v.

COLORADO SCHOOL OF MINES, *et al.,*

> Defendants.

---

## ORDER RE: JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF INDIVIDUALLY-NAMED DEFENDANTS

---

THIS MATTER comes before the Court on the Parties' Joint Stipulation for Voluntary Dismissal of Individually-Named Defendants, and the Court having reviewed the same and being advised in the premises, does hereby grant said motion

IT IS ORDERED that all claims against Defendants Paul Johnson, Daniel Fox, Derek Morgan, Karin Ranta-Curran, Camille A. Torres, Katie Schmalzel, Brent Waller, and Rebecca Flintoft in this litigation are dismissed with prejudice with each party to pay his or her own attorneys' fees and costs.

SO ENTERED this 28th day of March, 2018.

BY THE COURT:

_____
U.S. District Court Judge