IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-2071-RBJ

JOHN DOE,

    Plaintiff,

v.

COLORADO SCHOOL OF MINES, *et al.,*

    Defendants.

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF
COLORADO SCHOOL OF MINES AND
COLORADO SCHOOL OF MINES BOARD OF TRUSTEES**

The Parties, through the Office of the Colorado Attorney General and the law firms of Nesenoff & Miltenberg, LLP and Kishinevsky & Raykin, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), move the Court to dismiss all claims against Defendants Colorado School of Mines and Colorado School of Mines Board of Trustees in this litigation with prejudice. In support thereof, the Parties state as follows:

    1.    All matters at issue with respect to the claims against Colorado School of Mines and Colorado School of Mines Board of Trustees have been resolved.

    2.    The Parties hereby stipulate to the dismissal of all claims against Defendants Colorado School of Mines and Colorado School of Mines Board of Trustees in this litigation with prejudice. Each party shall bear their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully move this Court to dismiss all claims against Defendants Colorado School of Mines and Colorado School of Mines Board of Trustees in this litigation with prejudice, each party to pay their own attorneys' fees and costs.

Dated this 3rd day of April, 2018.

| NESENOFF & MILTENBERG, LLP | CYNTHIA H. COFFMAN<br>Attorney General |
|---|---|
| *s/ Tara Davis*<br>Andrew T. Miltenberg, Esq.<br>Stuart Bernstein, Esq.<br>Tara Davis, Esq.<br>363 Seventh Avenue, Fifth Floor<br>New York, NY 10001<br>(212) 736-4500<br>tdavis@nmllplaw.com<br><br>KISHINEVSKY & RAYKIN<br><br>*s/ Igor Raykin*<br>Igor Raykin, Esq.<br>2851 S. Parker Rd., Suite 150<br>Aurora, CO 80014<br>igor@coloradolawteam.com<br>*Attorneys for Plaintiff* | *s/ Stephanie Lindquist Scoville*<br>STEPHANIE LINDQUIST SCOVILLE*<br>Senior Assistant Attorney General<br>AMY COLONY*<br>Senior Assistant Attorney General<br>Civil Litigation & Employment Law Section<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203<br>Telephone:  720-508-6573<br>E-Mail:  amy.colony@coag.gov<br>         stephanie.scoville@coag.gov<br>*Counsel of Record<br>*Attorneys for Defendants* |