IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-2071-RBJ

JOHN DOE,

    Plaintiff,

v.

COLORADO SCHOOL OF MINES, *et al.,*

    Defendants.

---

**ORDER RE: JOINT STIPULATION FOR VOLUNTARY DISMISSAL
OF COLORADO SCHOOL OF MINES AND
COLORADO SCHOOL OF MINES BOARD OF TRUSTEES**

---

THIS MATTER comes before the Court on the Parties' Joint Stipulation for Voluntary Dismissal of Defendants Colorado School of Mines and Colorado School of Mines Board of Trustees, and the Court having reviewed the same and being advised in the premises, does hereby grant said motion

IT IS ORDERED that all claims against Defendants Colorado School of Mines and Colorado School of Mines Board of Trustees in this litigation are dismissed with prejudice, each party to pay their own attorneys' fees and costs.

SO ENTERED this 4th day of April, 2018.

                BY THE COURT:

                _____
                U.S. District Court Judge